### 16710.  GARDNER *v.* THE STATE.

BROYLES, C. J.  1. Where, by oversight, inadvertence, or otherwise, the defendant is put on trial upon an indictment which charges that he assaulted one *Charlie Johnson,* with the intent to murder him, and during the trial it develops that the person so assaulted was *Robert Johnson,* and where, on motion of counsel for the defendant, a verdict is directed for the defendant, such acquittal can not be pleaded in defense to another indictment, charging the same defendant with assaulting with intent to kill one Robert Johnson.  This is true although it was the intention in the first instance to indict and prosecute

the defendant for assaulting Robert Johnson, and both indictments related to the same transaction. *Moody* v. *State*, 1 *Ga. App.* 772 (1), 774 (58 S. E. 262) ; *Gully* v. *State*, 116 *Ga.* 527 (42 S. E. 790), and citations.

2. The special grounds of the motion for a new trial, complaining of the admission of certain evidence, show no reversible error.

3. The general grounds of the motion for a new trial are not argued or referred to in the brief of counsel for the plaintiff in error, and therefore are treated as abandoned.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 10, 1925.

Indictment for assault with intent to murder; from Fulton superior court—Judge W. L. Hodges presiding. July 22, 1925.

*Charles F. Wells, John F. Echols,* for plaintiff in error.

*John A. Boykin, solicitor-general, Ralph H. Pharr,* contra.